No. 03–8781. CREAMER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–8783. DOYLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–8786. STRINGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8789. BACKUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–8791. BRYSON ET AL. v. JOHNSTON, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, MECKLENBURG COUNTY, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 03–8792. ROMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–8793. SEGUI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8794. SIMMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8797. SATIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–8801. DADI v. DAVIS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03–8802. DUSENBERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–8806. DAMMONS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied. 

No. 03–8810. LENTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–8814. POLK v. MARYLAND. Ct. App. Md. Certiorari denied. 

No. 03–8815. PUGH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.